

```
McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADEL BASET JAWED,<br>ABDUL MUNIEM MOHAMAD JAWAD<br>NAJEH KAMAL JAWAD, and<br>ARMANDO FATHIC ABDULLAH,<br><br>　　　　Defendants. | **UNDER SEAL**<br><br>01: 06-CR-00365 AWI<br><br>ORDER REQUESTING THE CLERK OF<br>COURT TO ISSUE ARREST WARRANTS<br>ON INDICTED DEFENDANTS |

　　The indictment being returned by a federal grand jury on October 26, 2006, and it appearing that no arrest warrants were issued under Fed.R.Crim.P. 9(a),

　　IT IS HEREBY ORDERED that the Clerk of the Court prepare arrest warrants for all defendants indicted by the federal grand jury in the above-referenced case in conformity with Fed.R.Crim.P. 9(b).

DATED: 8/15/07　　　　　　　　　／s／ SM SNYDER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE