UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:06-CR-00365-LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR TRAVEL |
| v. | ) | |
| | ) | |
| ABDEK BASET JAWAD, | ) | |
| Defendant. | ) | |

Proceedings having been held on February 24, 2009 before District Judge Lawrence J. O'Neill re: Appeal of Bail Review as to Abdel Baset Jawad, the Court adopts and incorporates by reference each and every condition set by Magistrate Judge Sandra M. Snyder at the hearing on this matter that took place on February 23, 2009, and grants the request of Defendant to travel out of the Country accept that the trip will be for a maximum of 10 days and it will only occur if the following conditions are met:

First, that Salvatore Sciandra, attorney for Abdel Baset Jawad, provide the United States government through Assistant United States Attorney Stanley Boone, with a declaration from an appropriate ranking official from the Palestinian Authority outlining the process whereby Palestinian Authority will provide attorney Salvatore Sciandra with notice if Abdel Baset Jawad, also known as Fred Jawad, also known as Abdalbaset M.A. Sarama (ID Number 901408047), applies for, or obtains a new or replacement or lost Palestinian Authority passport. The declaration must also contain and

address how a passport is obtained whether it is new, lost or replaced passport and the record-keeping of such matters so that this court is confident in the integrity and thoroughness of the Palestinian Authority process and records. The declaration must also include the process by which the Palestinian Authority verifies that a person applying for a new or replaced or lost passport has not obtained a previous passport under a different name. This declaration must also include a statement that this process is the same for the entire Palestinian Authority and that the process and verification is not different whether it is obtained in Gaza, West Bank or in a foreign country, such as Saudi Arabia, Jordan or the United Arab Emirates, and elsewhere. The declaration must also include a statement that the Palestinian Authority will provide such information as required by this order to attorney Salvatore Sciandra within fourteen (14) days of his request.

Second, attorney Salvatore Sciandra is further ordered to immediately provide to the United States government any such notice that Abdel Baset Jawad, Fred Jawad, Abdalbaset M.A. Sarama or any other name used by him attempted to apply for or obtain a new or replacement Palestinian Authority passport.

DATED: March 30, 2009     /s/   Salvatore Sciandra
                          SALVATORE SCIANDRA
                          Attorney for Defendant,
                          ABDEL BASET JAWAD

DATED: March 30, 2009     /s/   Stanley Boone
                          STANLEY BOONE
                          Assistant United States Attorney

                          The above has been agreed to by
                          Mr. Sciandra and Mr. Boone

ORDER

IT IS SO ORDERED.

**Dated:   March 31, 2009**     /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE