```
1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4
5  Attorney for Defendant, ABDEL BASET JAWAD
```

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 1:06-CR-00365-LJO |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR RELEASE OF PASSPORT |
| ABDEL BASET JAWAD, | |
| Defendant. | |

**COMES NOW**, defendant ABDEL BASET JAWAD by and through his Attorney Salvatore Sciandra and hereby notifies this Court that he has provided the documents listed below to the satisfaction of the government by and through their Attorney Stanley Boone Assistant United States Attorney that defendant ABDEL BASET JAWAD has complied with the Order For Travel issued by this Court on March 31, 2009 and applies for an Order releasing defendant ABDEL BASET JAWAD's. United States passport filed with the Clerk of this Court on December 28, 2008.

The attached documents are as follows:

1. Declaration of Hakam Takash, Counsel PLO;

2. Declaration of Abdel Baset Jawad regarding potential conflict;

3. Amended Straight Note regarding Abdul Muniem Mohamad Jawad;

4. Amended Straight Note regarding Najeh Kamal Jawad;

///

1. 5. Power of attorney given to Sharif Ali by Abdul K. Jawad; and
2. 6. Power of attorney given to Sharif Ali by Shorook R. Jawad.

DATED: May 15, 2009

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
ABDEL BASET JAWAD

**ORDER**

**GOOD CAUSE APPEARING**, and now that the Assistant U.S. Attorney has approved of the wording and substance of the order before it was submitted to the Court, the Clerk of the Court for the Eastern District of California, Fresno Division is hereby directed to release forthwith to defendant Abdel Baset Jawad his United States passport that he had filed with the Clerk of this Court on December 24, 2008.

IT IS SO ORDERED.

**Dated:   May 15, 2009**

/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE