SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 1:06-CR-00365-LJO |
| Plaintiff, | |
| v. | APPLICATION AND [PROPOSED] ORDER FOR RELEASE OF FAMILY PASSPORT(S) |
| ABDEL BASET JAWAD, | |
| Defendant. | |

**COMES NOW**, defendant ABDEL BASET JAWAD by and through his Attorney Salvatore Sciandra and hereby notifies this Court that defendant has complied with the terms and conditions of his modified pretrial release in relationship to his trip to the United Arab Emirates.  Counsel for defendant mistakenly believed the passports were filed with the Clerk of the Eastern District Court, however, it was discovered the passports are in the possession of counsel and have always been.  AUSA James R. Terzian has agreed to the release of passports.  It is hereby requested that counsel Salvatore Sciandra be authorized to release the passports listed below to defendant ABDEL BASET JAWAD:

Sna Sadeddin - wife

Raneen Jawad - child

Mohammed Jawad - child

Karima Jawad - child

Respectfully submitted,

DATED: July 8, 2009

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant
ABDEL BASET JAWAD

**ORDER**

**GOOD CAUSE APPEARING**, and pursuant to agreement with the U.S. Attorney's office, Counsel for defendant is hereby directed to release forthwith to defendant ABDEL BASET JAWAD the passports of his wife and three children (Sna Sadeddin, Raneen Jawad, Mohammed Jawad & Karima Jawad).

IT IS SO ORDERED.

**Dated:   July 8, 2009**         /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE