ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ABDUL MUNIEM MOHAMAD JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00365 |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND TO** |
| ABDUL MUNIEM MOHAMAD JAWAD, | **CONTINUE STATUS CONFERENCE** |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference presently calendared for December 11, 2009 be continued to January 22, 2010 at 9:00 a.m.

The stipulated continuance is based on multiple grounds. Counsel for ABDEL BASET JAWAD and NAJEH KAWAL JAWAD are unavailable. Mr. Sciandra will be at Atwater prison conducting investigation on a federal death penalty case. Mr. Capozzi will be involved in a hearing in Judge Wanger's court.

In addition, defense counsel are still in the process of evaluating the last batch of voluminous discovery received from the government.

Defendant NAJEH KAWAL JAWAD is scheduled for a hearing before this court on the date requested. It is anticipated that defense counsel will have completed their evaluation of all discovery received to date by the future date agreed to by counsel.

The parties also agree that any delay resulting from this continuance shall

be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  December 10, 2009          /s/ James Terzian
                                   **JAMES TERZIAN**
                                   Assistant United States Attorney
                                   **This was agreed to by Mr. Terzian via telephone on December 10, 2009**

DATED:  December 10, 2009          /s/ Anthony Capozzi
                                   ANTHONY CAPOZZI
                                   Attorney for Defendant
                                   NAJEH KAWAL JAWAD
                                   **This was agreed to by Mr. Capozzi via telephone on December 10, 2009**

DATED:  December 10, 2009          /s/ Salvatore Sciandra
                                   SALVATORE SCIANDRA
                                   Attorney for Defendant
                                   ABDEL BASET JAWAD
                                   **This was agreed to by Mr. Sciandra via telephone on December 10, 2009**

DATED:  December 10, 2009          /s/ Roger K. Litman
                                   ROGER K. LITMAN
                                   Attorney for Defendant
                                   ABDUL MUNIEM MOHAMAD JAWAD

GOOD CAUSE HAS BEEN ESTABLISHED FOR THE CONTINUANCE.

IT IS SO ORDERED.

**Dated:   December 10, 2009**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE