BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4093

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06CR0365 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | TRIAL DATE |
| v. ) | |
| ) | DATE: February 7, 2011 |
| ) | TIME: 8:30 a.m. |
| ABDEL BASET JAWAD, et al., ) | PLACE: Courtroom Four |
| ) | Honorable Lawrence J. O'Neill |
| Defendants. ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the trial date be continued from September 7, 2010, until February 7, 2011, and the trial confirmation date be continued from August 6, 2010, until January 7, 2010.

The reason for this request is that the lead counsel for the government, AUSA Stan Boone, will be returning to the Eastern District of California from detail in Washington, D.C. on June 28, 2010. AUSA Boone is planning on taking leave to be with family upon his return, and, due to his expected duties and caseload, he will be unable to adequately prepare for trial in September.

Therefore, the United States respectfully requests that the trial date be continued and that time be excluded pursuant to 18 U.S.C. § 3161(7)(A).

1

The parties further stipulate and agree that the resulting period of delay occurring between September 7, 2010, until February 7, 2011, shall be excluded from speedy trial calculations for the motions in limine and in the interests of justice so that defendant and the government can have sufficient time to prepare for trial and to file motions.

Dated: June 2, 2010               BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/
                                  MARK E. CULLERS
                                  Assistant U.S. Attorney

Dated: _____                _____
                                  SALVATORE SCIANDRA
                                  Attorney for Defendant
                                  Abdel Baset Jawad

Dated: _____                _____
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  Abdul Muniem Jawad

Dated: _____                _____
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant
                                  Najeh Kamal Jawad

BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4093

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR0365 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | TRIAL DATE |
| v. | ) | |
| | ) | DATE: February 7, 2011 |
| | ) | TIME: 8:30 a.m. |
| ABDEL BASET JAWAD, et al., | ) | PLACE: Courtroom Four |
| | ) | Honorable Lawrence J. O'Neill |
| Defendants. | ) | |

O R D E R

IT IS HEREBY ORDERED THAT, the date previously set for the trial is hereby continued to February 7, 2011 at 8:30 a.m., and the trial conference date be continued to January 7, 2011.  It is further ordered that time shall be excluded from September 7, 2010, until February 7, 2011.  GOOD CAUSE barely exists.

IT IS SO ORDERED.

**Dated:    June 9, 2010**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

3