ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ABDUL MUNIEM MOHAMAD JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>    v.  <br>ABDUL MUNIEM MOHAMAD JAWAD,  <br>    Defendant. | CASE NO.  1:06-CR-00365  <br>**STIPULATION AND ORDER TO CONTINUE TRIAL** |

     The parties hereto, by and through their respective attorneys, stipulate and agree that the trial presently calendared for February 7, 2011 be continued to May 23, 2011 at 8:30 a.m.  Additionally, it is agreed that the trial confirmation currently scheduled for January 7, 2011, be continued to April 22, 2011 at 8:30 a.m.

     This continuance is necessitated by counsel for Abdul Muniem Mohamad Jawad being double set in this court on February 7, 2011.  Moreover, the parties have detrimentally relied on their understanding that the trial would be continued to an agreed upon date.  The parties have been endeavoring, for an extended period of time, to select a trial date on which all counsel are available.  At this point in time, all counsel agree that they cannot be prepared to try the case on February 7, 2011 due to the voluminous discovery in this action.

     The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(A).

1

| | |
|---|---|
| DATED: December 8, 2010 | /s/ Stanley Boone<br>**STANLEY BOONE**<br>Assistant United States Attorney<br>**This was agreed to by Mr. Boone via email on December 8, 2010** |
| DATED: December 8, 2010 | /s/ Anthony Capozzi<br>ANTHONY CAPOZZI<br>Attorney for Defendant<br>NAJEH KAWAL JAWAD<br>**This was agreed to by Mr. Capozzi via telephone on December 8, 2010** |
| DATED: December 8, 2010 | /s/ Salvatore Sciandra<br>SALVATORE SCIANDRA<br>Attorney for Defendant<br>ABDEL BASET JAWAD<br>**This was agreed to by Mr. Sciandra in person on December 8, 2010** |
| DATED: December 8, 2010 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>ABDUL MUNIEM MOHAMAD JAWAD |

Good Cause exists for the agreed-upon continuance.

IT IS SO ORDERED.

**Dated:   December 8, 2010**               /s/ **Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE