BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>         v.<br><br>ABDEL BESET JAWAD,<br>    aka Fred Jawad,<br>ABDUL MUNIEM MOHAMAD JAWAD,<br>    aka Manny Jawad,<br>NAJEH KAMAL JAWAD,<br>    aka Alex Jawad,<br>HUSSEIN ALI, and<br>HUSAM SARAMA,<br>    aka Sam Sarama,<br><br>    Defendants. | CASE NO.: 1:06-cr-00365-LJO<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS** |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Tax Return information, Social Security numbers, dates of birth, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of

this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendants ABDEL BESET JAWAD, aka Fred Jawad, ABDUL MUNIEM MOHAMAD JAWAD, aka Manny Jawad, NAJEH KAMAL JAWAD, aka Alex Jawad, HUSSEIN ALI, and HUSAM SARAMA, aka Sam Sarama, by and through their respective counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorneys Jeremy R. Jehangiri and Henry Z. Carbajal III, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.   Defense Counsel shall be responsible for advising his/her Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.   In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: May 16, 2011          By /s/ Salvatore Sciandra
                                Salvatore Sciandra
                                Attorney for Defendant
                                ABDEL BASET JAWAD,
                                aka Fred Jawad

DATED: May 16, 2011          By /s/ Anthony P. Capozzi
                                Anthony P. Capozzi
                                Attorney for Defendant
                                NAJEH KAMAL JAWAD,
                                aka Alex Jawad

DATED: May 16, 2011          By /s/ Roger K. Litman
                                Roger K. Litman
                                Attorney for Defendant
                                ABDUL MUNIEM MOHAMAD JAWAD,
                                aka Manny Jawad

```
DATED: May 16, 2011              By /s/ Katherine Hart
                                    Katherine Hart
                                    Attorney for Defendant
                                    HUSSEIN ALI

DATED: May 16, 2011              By /s/ Jeffrey T. Hammerschmidt
                                    Jeffrey T. Hammerschmidt
                                    Attorney for Defendant
                                    HUSAM SARAMA,
                                    aka Sam Sarama

DATED: May 16, 2011                 BENJAMIN B. WAGNER
                                    United States Attorney

                                 By:  /s/ Jeremy R. Jehangiri
                                    JEREMY R. JEHANGIRI or
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorneys
```

IT IS SO ORDERED.

**Dated:   May 17, 2011**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE