SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABDEL BASET JAWAD, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: 1:06–CR-0365-LJO/DLB <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:      Monday, April 23, 2012 <br> Time:      1:00 p.m. <br> Courtroom: Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective counsel of record, that the time set for the Status Conference on Monday, April 23, 2012 at 1:00 p.m. be moved to Monday, May 14, 2012 at 1:00 p.m. The reason for this continuance is that counsel, Salvatore Sciandra, for Mr. ABEDL BASET JAWAD is out of the country on a Federal Capital case and is not returning to the United States until April 30, 2012.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

                                                    Respectfully submitted,


DATED: April 16, 2012                    /s/   Salvatore Sciandra
                                                    SALVATORE SCIANDRA
                                                    Attorney for Defendant,
                                                    ABDEL BASET JAWAD

/ / /

1  / / /

2  DATED: April 16, 2012                           /s/  Roger K. Litman
                                                   ROGER K. LITMAN
3                                                  Attorney for Defendant,
                                                   ABDEL MUNIEN MOHAMAD JAWAD
4

5  DATED: April 16, 2012                           /s/  Jeffrey T. Hammerschmidt
                                                   Jeffrey T. Hammerschmidt
6                                                  Attorney for Defendant,
                                                   HUSAM SARAMA
7

8  DATED: April 16, 2012                           /s/  Anthony P. Capozzi
                                                   ANTHONY P. CAPOZZI
9                                                  Attorney for Defendant,
                                                   NAJEH KAMAL JAWAD
10

11 DATED: April 16, 2012                           /s/  Jeremy R. Jehangiri
                                                   JEREMY R. JEHANGIRI
12                                                 Assistant United States Attorney

13

14                                    **ORDER**

15      **IT IS SO ORDERED.**

16      IT IS SO ORDERED.

17      Dated:   **April 17, 2012**              **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE
18