SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABDEL BASET JAWAD, ) <br> ) <br> Defendant. ) <br> ) | CASE NUMBER: 1:06–CR-0365-LJO/DLB <br><br> STIPULATION AND ORDER TO CONTINUE MODIFICATION HEARING ON CONDITIONS OF RELEASE <br><br> Date:      Friday, Ausgust 31, 2012 <br> Time:      1:30 p.m. <br> Courtroom:  Honorable Gary A. Austin |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendant by and through his counsel of record, that the time set for the Modification Hearing on Conditions of Release on Friday, Agust 31, 2012 at 1:30 p.m. be moved to Wednesday, September 12, 2012 at 1:30 p.m.  The reason for this continuance is the need for further information on the value of the pledged real property.

Respectfully submitted,

DATED: August 31, 2012

 /s/   Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
ABDEL BASET JAWAD

/ / /

/ / /

/ / /

/ / /

1  / / /

2  / / /

3  DATED: August 31, 2012                    /s/   Mark E. Cullers
                                             MARK E. CULLERS
4                                            Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   August 31, 2012**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE