SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASSET JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ABDEL BASSET JAWAD,<br><br>    Defendant. | CASE NUMBER: 1:06–CR-0365-LJO/DLB<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE MODIFICATION HEARING ON CONDITIONS OF RELEASE<br><br>Date:      Friday, Ausgust 31, 2012<br>Time:     1:30 p.m.<br>Courtroom:  Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendant by and through his counsel of record, that the time set for the Modification Hearing on Conditions of Release previously set on Friday, August 31, 2012 at 1:30 p.m. and by stipulation moved to Wednesday, September 12, 2012 at 1:00 p.m. (Doc. No. 185) be moved back to Wednesday, September 5, 2012 at 1:30 p.m. The reason for this request is that counsel for MR. ABDEL BASSET JAWAD, inadvertently requested September 12, 2012 instead of the agreed-upon resetting to September 5, 2012. Counsel for MR. ABDEL BASSET JAWAD will be out of the state on September 12, 2012 and would not be able to appear nor would it be appropriate for a special appearance by another attorney on counsel's behalf.

                                        Respectfully submitted,

DATED: August 31, 2012                  /s/   Salvatore Sciandra
                                        SALVATORE SCIANDRA
                                        Attorney for Defendant,
                                        ABDEL BASET JAWAD

1  / / /

2  / / /

3  / / /

4  DATED: August 31, 2012         /s/   Mark E. Cullers
                                  MARK E. CULLERS
5                                 Assistant United States Attorney

6

7                              **ORDER**

8      IT IS SO ORDERED.

9      **Dated:**   **September 4, 2012**          /s/ **Dennis L. Beck**
10                                           UNITED STATES MAGISTRATE JUDGE