SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:06–CR-0365-LJO/DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTIONS HEARING |
| v. | ) | |
| ABDEL BASET JAWAD et al., | ) | Date: Monday, September 24, 2012 |
| Defendant. | ) | Time: 1:00 p.m. |
|  | ) | Courtroom: Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendants by and through their respective counsel of record, that the time set for the Motions Hearing on Monday, September 24, 2012 at 1:00 p.m be moved to Tuesday, October 9, 2012 at 1:00 p.m. Defense motions having been submitted on August 27, 2012 Document No. 180, it is requested that the Government's response that was due on September 10, 2012 be moved to September 17, 2012. The reason for this continuance is that the government had requested 3 weeks to respond at the last status conference and counsel had inadvertently only allowed 2 weeks for the Governments response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

                                                         Respectfully submitted,

DATED: August 30, 2012                  /s/  Salvatore Sciandra
                                               SALVATORE SCIANDRA
                                               Attorney for Defendant,
                                               ABDEL BASET JAWAD

DATED: August 30, 2012                  /s/  Roger K. Litman
                                               ROGER K. LITMAN
                                               Attorney for Defendant,
                                               ABDEL MUNIEN MOHAMAD JAWAD

DATED: August 30, 2012                  /s/  Anthony P. Capozzi
                                               ANTHONY P. CAPOZZI
                                               Attorney for Defendant,
                                               NAJEH KAMAL JAWAD

DATED: August 30, 2012                  /s/  Henry Z. Carbajal, III
                                               HENRY Z. CARBAJAL, III
                                               Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   **September 4, 2012**                **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE