SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, ABDEL BASET JAWAD

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: 1:06-CR-00365-LJO |
| Plaintiff, | |
| v. | STIPULATION REQUESTING MODIFICATION OF ORDER SETTING CONDITIONS FOR POST TRIAL RELEASE |
| ABDEL BASET JAWAD, | |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by defendant ABDEL BASET JAWAD by and through his Attorney Salvatore Sciandra and the government by and through its attorney Mark Cullers, Assistant United States Attorney, that the Order setting conditions of post trial release dated January, 31 2013 (Document No. 243), be amended to approve defendant ABDEL BASET JAWAD's posting property located at 2553 W. Lake Van Ness Circle, Fresno, CA 93711 and owned by Abdul K. Jawad as security for the property bond required as a condition of his release. This stipulation has been reviewed and approved by Lydia Serrano of the United States probation department office pretrial services.

Respectfully submitted,

DATED: February 15, 2013        /s/ Salvatore Sciandra
                                SALVATORE SCIANDRA
                                Attorney for Defendant,
                                ABDEL BASET JAWAD

///

1 | DATED: February 15, 2013  /s/ Mark Cullers
2 | MARK CULLERS
Assistant United States Attorney

## ORDER

**GOOD CAUSE APPEARING**, the Court Orders that the docket entry dated January 31, 2013 (Document No. 243) be amended to approve defendant ABDEL BASET JAWAD's posting property located at 2553 W. Lake Van Ness Circle, Fresno, CA 93711 and owned by Abdul K. Jawad as security for the property bond required as a condition of his release.

IT IS SO ORDERED.

Dated: **February 15, 2013**          /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE