ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ABDUL MUNIEM MOHAMAD JAWAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06-CR-00365 |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| ABDUL MUNIEM MOHAMAD JAWAD, ) and ABDEL BASET JAWAD, ) | |
| Defendants. ) | |
| _____) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing of defendants Abdel Baset Jawad and Abdul Muniem Mohamad Jawad, presently calendared for April 8, 2013 be continued to May 20, 2013, at 10:30 a.m.

The additional time agreed to by the parties is necessary to allow the defense to continue sentencing preparation primarily related to issues pertaining to the complexity of the offense conduct over the eight year period alleged in the Superseding Indictment.  The additional time will permit defense analysis of records relating to hundreds of vehicle sales in order that the defense may provide the court with a specific dollar amount which defense counsel believes will differ from the estimate utilized by the probation officer to calculate the advisory guideline sentences recommended for each of the defendants above named.

1     The continued sentencing date would result in the following revision of deadlines related to the rescheduled sentencing hearing:

    Objections Due to Probation & AUSA by April 29, 2013, and Objections Fiiled With Court and Served on USPO and AUSA by May 13, 2013.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  March 18, 2013      /s/ Mark Cullers
    MARK CULLERS
    Assistant United States Attorney
    **This was agreed to by Mr. Cullers via telephone on March 14, 2013**

DATED:  March 18, 2013      /s/ Salvatore Sciandra
    SALVATORE SCIANDRA
    Attorney for Defendant
    ABDEL BASET JAWAD
    **This was agreed to by Mr. Sciandra in person on March 15, 2013**

DATED:  March 18, 2013      /s/ Roger K. Litman
    ROGER K. LITMAN
    Attorney for Defendant
    ABDUL MUNIEM MOHAMAD JAWAD

IT IS SO ORDERED.

**Dated:   March 18, 2013**      **/s/  Lawrence J. O'Neill**
    UNITED STATES DISTRICT JUDGE