UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDEL BASET JAWAD and ABDUL MUNIEM MOHAMAD JAWAD,<br><br>Defendants. | CASE NUMBER: 1:06-CR-00365-LJO<br><br>ORDER TO CONTINUE SENTENCING |

**GOOD CAUSE APPEARING**, the Court Orders that the Sentencing of defendants ABDEL BASET JAWAD and ABDUL MUNIEM MOHAMAD JAWAD, presently calendared for May 20, 2013 be continued to July 8, 2013 at 10:30 a.m. and the following revision of deadlines related to the rescheduled sentencing hearing:

Objections Due to Probation and AUSA by June 17, 2013, and Objections Filed With Court and Served on USPO and AUSA by July 1, 2013.

**WHETHER COUNSEL SHAPIRO COMES INTO THIS CASE OR NOT IS OF NO CONCERN TO THIS COURT.  THAT SAID, THIS CONTINUANCE IS GIVEN DUE TO THE CONFLICT ISSUE OF THE PARALEGAL.  THE JULY 8 SENTENCING DATE IS FIRM.  IF COUNSEL SHAPIRO WISHES TO COME INTO THE CASE, IT WILL BE CONDITIONED ON HIS BEING AVAILABLE AND PREPARED TO PROCEED WITH THE SENTENCING ON THAT DATE.  OTHERWISE, HE WILL NOT BE COMING INTO THE CASE.**

IT IS SO ORDERED.

**Dated:   April 17, 2013**              /s/  Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE