1  ROBERT L. SHAPIRO (State Bar No. 43693)
   LAW OFFICE OF ROBERT L. SHAPIRO
2  10250 Constellation Blvd., 19th Floor
   Los Angeles, California 90067
3  Telephone (310) 559-7886
   Facsimile (310) 282-0888
4  Email *rs@glaserweil.com*

5  Attorney for Defendant
   ABDEL BASET JAWAD
6

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No. CR-06-00365-001-LJO
12 |                    Plaintiff,        | [Assigned to Hon. Lawrence J. O'Neill, Courtroom 4]
13 |         v.                           |
14 | ABDEL BASET JAWAD,                   | **ORDER GRANTING RELEASE OF FAMILY MEMBERS' PASSPORTS**
15 |                    Defendant.        |

19      For good cause having been shown, in that Defendant Abdel Baset Jawad has duly

20 surrendered on November 18, 2013, to the Bureau of Prisons at Atwater, California.

21      Good cause having been shown, the passports of the following family members are

22 ordered returned:

23 ///

24 ///

25 ///

26 ///

27 ///

28

**[PROPOSED] ORDER GRANTING RELEASE OF FAMILY MEMBERS' PASSPORTS**

| | |
|---|---|
| Sana Sadeddin | USA Passport Number 447376171 |
| Sanaa H. R. Sarama Nehad | Palestinian Passport Number 2442277 |
| | |
| Karima Abdul Jawad | USA Passport Number 485657543 |
| Karima A.M. Sarama Sanaa | Palestinian Passport Number 2442281 |
| | |
| Raneen Abdul Jawad | USA Passport Number 485663467 |
| Ranin A.M. Sarama Sanaa | Palestinian Passport Number 2442280 |
| | |
| Mohammed Abdul Jawad | USA Passport Number 485657542 |
| Mohammed A.M. Sarama Sanaa | Palestinian Passport Number 2442276 |
| | |
| Miriam Abdul Jawad | USA Passport Number 44737875 |
| Miriam A.M Sarama Sanaa | Palestinian Passport Number 2737865 |

IT IS SO ORDERED.

Dated:   **December 5, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE