ROBERT L. SHAPIRO (State Bar No. 43693)
LAW OFFICE OF ROBERT L. SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone (310) 559-7886
Facsimile (310) 282-0888
Email *rs@glaserweil.com*

Attorney for Defendant
ABDEL BASET JAWAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-06-00365-001-LJO |
|---|---|
| Plaintiff, | [Assigned to Hon. Lawrence J. O'Neill, Courtroom 4] |
| v. | |
| ABDEL BASET JAWAD, | **ORDER GRANTING EXONERATION OF BOND** |
| Defendant. | |

For good cause having been shown, in that Defendant Abdel Baset Jawad has duly surrendered on November 18, 2013, to the Bureau of Prisons at Atwater, California.

Good cause having been shown, it is hereby Ordered that the bond in the above-entitled case is exonerated:

///

///

///

///

| | |
|---|---|
| Fresno County Assessor ID Number, 500-270-09-S. | Fresno County Recorder Document ID Number, 2013-0025442; recorded February 15, 2013. |

IT IS SO ORDERED.

Dated: __January 22, 2014__           ___/s/ Lawrence J. O'Neill___
                                      UNITED STATES DISTRICT JUDGE