ROBERT L. SHAPIRO (State Bar No. 43693)
LAW OFFICE OF ROBERT L. SHAPIRO
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Telephone (310) 559-7886
Facsimile (310) 282-0888
Email *rs@glaserweil.com*

ALAN YOCKELSON (State Bar No. 130380)
Law Offices of Alan Yockelson
11956 Bernardo Plaza Dr., Suite 223
San Diego, California 92128
Telephone: (949) 290-6515
Fax: (949) 682-4826
Email: yockelson@appellatelaw.net

Attorneys for Defendants
ABDEL BASET JAWAD
ABDUL MUNIEM MOHAMAD JAWAD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDEL BASET JAWAD, ABDUL MUNIEM MOHAMAD JAWAD,<br><br>Defendants. | Case Nos.   CR-06-00365-001-LJO;<br>                    CR-06-00365-002-LJO<br><br>[Assigned to Hon. Lawrence J. O'Neill, Courtroom 4]<br><br>**ORDER GRANTING EXONERATION OF BONDS** |

For good cause having been shown, in that Defendant Abdel Baset Jawad has duly surrendered on November 18, 2013, to the Bureau of Prisons at Atwater, California, and Abdul Muniem Mohamad Jawad surrendered to the Bureau of Prisons at Sheridan, Oregon, that same day.

Good cause having been shown, it is hereby Ordered that bonds in the above-entitled case are exonerated:

| Madera County Assessor ID Number, 054-022-007-000. | Madera County Recorder Document ID Number, 2008042731; recorded December 18, 2008. |

IT IS SO ORDERED.

Dated: **January 22, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER GRANTING EXONERATION OF BONDS**